## ATKINSON *v.* OELSNER.

*(Supreme Court, General Term, First Department.  May 24, 1889.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.  Motion denied, upon payment by appellant of $10 costs.

---

## BAUM *v.* NEW YORK COTTON EXCHANGE.

*(Supreme Court, General Term, First Department.  May 24, 1889.)*

For opinion delivered at special term, see 4 N. Y. Supp. 207.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.  Motion granted, with $10 costs.

---

## BRITTON *v.* BURROUGHS.

*(Supreme Court, General Term, First Department.  May 24, 1889.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

No opinion.  Motion granted, with $10 costs.